**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

JOSSIE FIFER; INDIVIDUALLY, and as MOTHER,
NEXT BEST FRIEND, and PERSONAL REPRESENTATIVE OF MARVIN
FIFER, JR; and ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF MARVIN FIFER, JR                                   **PLAINTIFFS**

VS.                                        **CAUSE NO.**      **3:19-cv-00099-MPM-RP**

**RJ PROPERTY MANAGEMENT, LLC**                               **DEFENDANT**

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION ACCORDING TO FRCP**
**41(a)(1)(A)(i) AGAINST RJ PROPERTY MANAGEMENT, LLC**

**COMES NOW**, the Plaintiff Marvin Fifer, Jr., by and through his mother, Jossie Fifer, individually, and as Mother, Next Best Friend, and personal representative of Marvin Fifer, Jr. and on behalf of the wrongful death beneficiaries of Marvin Fifer, Jr., by and through their attorney of record and file this Voluntary Dismissal of Action pursuant to FRCP 41(a)(1)(A)(i) against RJ Property Management, LLC.

                             **Respectfully submitted this the 12th day of May, 2019.**

            BY:    /s/Reid Wamble
                    **REID WAMBLE**
                    **THE LAW OFFICE OF D. REID WAMBLE, PLLC**
                    **POST OFFICE BOX 1950**
                    **OLIVE BRANCH, MISSISSIPPI 38654**
                    **rw9516@aol.com**
                    **TEL. (662) 893 - 2126**
                    **FAX: (662) 890 - 5686**
                    **MSB# 9516**

CERTIFICATE OF SERVICE

I, D. Reid Wamble, Attorney for Plaintiffs, do hereby certify that I have this day have electronically filed the foregoing using the ECF system which sent notification of such filing to:

Honorable Andre B. Mathis
Glankler Brown, PLLC
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119

**Respectfully submitted this the 12th day of May, 2019.**

BY:   /s/Reid Wamble
      **REID WAMBLE**
      **THE LAW OFFICE OF D. REID WAMBLE, PLLC**
      **POST OFFICE BOX 1950**
      **OLIVE BRANCH, MISSISSIPPI 38654**
      rw9516@aol.com
      **TEL. (662) 893 - 2126**
      **FAX: (662) 890 - 5686**
      **MSB# 9516**