IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOSSIE FIFER; INDIVIDUALLY, and as MOTHER,
NEXT BEST FRIEND, and PERSONAL REPRESENTATIVE OF MARVIN
FIFER, JR; and ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF MARVIN FIFER, JR,                                      PLAINTIFFS

V.                                                                        3:19CV99-M-P

RJ PROPERTY MANAGEMENT, LLC,                                              DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the [4] Notice of Voluntary Dismissal filed by the plaintiffs in this cause of action, it is ORDERED that this case is hereby dismissed.

This the 15th day of May, 2019.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI